James C. Worthen, #6-3973
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6701
Facsimile: (307)333-6352
worthenj@hallevans.com
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHANEY MAIRE GUTIERREZ, as Wrongful Death Representative of Rebecca Jean Nowlin, Deceased; SHANEY MAIRE GUTIERREZ, as Wrongful Death Representative of E.C., a deceased minor; E.N., by and through her guardian and next friend, SHANEY MAIRE GUTIERREZ; A.N., by and through her guardian and next friend, DAMION NOWLIN, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  Docket No. 20-CV-165-J |
| MOLOMBO THILLOT, and BLACKWELL CONSOLIDATION, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

_____

## DEFENDANT BLACKWELL CONSOLIDATION, LLC
## CORPORATE DISCLOSURE STATEMENT
_____

Defendant Blackwell Consolidation, LLC, by and through its attorneys, Hall & Evans, LLC, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, does hereby submit the following Corporate Disclosure Statement.

Blackwell Consolidation, LLC is an Oregon Limited Liability Company, with its principle place of business in Central Point, Oregon. Blackwell Consolidation, LLC is a wholly owned subsidiary of Combined Transport, Inc., an Oregon corporation. Combined Transport, Inc. is the

sole member of Blackwell Consolidation, LLC; and neither Blackwell Consolidation LLC nor Combined Transport, Inc. are publicly traded.

DATED this 2nd day of March, 2021.

                                                *s/ James C. Worthen* _____
James C. Worthen, #6-3973
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6701
Facsimile: (307)333-6352
worthenj@hallevans.com
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

This is to certify the foregoing **Defendant Blackwell Consolidation LLC's Corporate Disclosure Statement** was served this 2nd day of March, 2021, by filing electronically with the Court using the CM/ECF system which will send notification filing to the following e-mail addresses:

R. Daniel Fleck, # 6-2668
Sarah A. Kellogg, # 7-5355
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
fleck@spencelawyers.com
kellogg@spencelawyers.com
*Attorneys for the Plaintiffs*

                                                *s/ James C. Worthen*_____
James C. Worthen