James C. Worthen, #6-3973
Meggan J. Nicholas, #7-4856
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6701
Facsimile: (307)333-6352
worthenj@hallevans.com
nicholasm@hallevans.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHANEY MAIRE GUTIERREZ, as Wrongful Death Representative of Rebecca Jean Nowlin, Deceased; SHANEY MAIRE GUTIERREZ, as Wrongful Death Representative of E.C., a deceased minor; E.N., by and through her guardian and next friend, SHANEY MAIRE GUTIERREZ; A.N., by and through her guardian and next friend, DAMION NOWLIN, | |
| Plaintiffs, | |
| vs. | Docket No. 20-CV-165-J |
| MOLOMBO THILLOT, and BLACKWELL CONSOLIDATION, LLC, and COMBINED TRANSPORT LOGISTICS GROUP, INC., | |
| Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW Meggan J. Nicholas of Hall & Evans, LLC, hereby enters her appearance on behalf of the Defendants, Molombo Thillot, Blackwell Consolidation, LLC, and Combined Transport Logistics Group, Inc., in the above- referenced matter.

*[Remainder of page left blank].*

DATED this 25th day of May, 2021.

        *s/ Meggan J. Nicholas*
James C. Worthen, #6-3973
Meggan J. Nicholas, #7-4856
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6701
Facsimile: (307)333-6352
worthenj@hallevans.com
nicholasm@hallevans.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify the foregoing **Entry of Appearance** was served this 25th day of May, 2021, by filing electronically with the Court using the CM/ECF system which will send notification filing to the following e-mail addresses:

R. Daniel Fleck, # 6-2668
Sarah A. Kellogg, # 7-5355
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, WY 83001
fleck@spencelawyers.com
kellogg@spencelawyers.com
*Attorneys for Plaintiffs*

        *s/ Meggan J. Nicholas*
Meggan J. Nicholas