R. Daniel Fleck, #6-2668
Sarah A. Kellogg, #7-5355
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
P.O. Box 548
Jackson, Wyoming 83001
307-733-7290/ 307-733-5248 (Fax)
fleck@spencelawyers.com
kellogg@spencelawyers.com

*Attorneys for the Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of Rebecca Jean Nowlin, deceased; SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of E.C., deceased minor; E.N., by and through her guardian and next of friend, SHANEY MARIE GUTIERREZ; A.N., by and through his guardian and next of friend, DAMIAN NOWLIN, and SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of Baby Nowlin.<br><br>*Plaintiffs,*<br><br>v.<br><br>MOLOMBO THILLOT, BLACKWELL CONSOLIDATION, LLC, and COMBINED TRANSPORT LOGISTICS GROUP, INC.<br><br>*Defendants.* | Civ. No. 20-CV_165-J |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Shaney Marie Gutierrez and Damian Nowlin and Defendants Molombo Thillot, Blackwell Consolidation, LLC, and Combine Transport Logistics Group, Inc., by and through their respective counsel, hereby submit their motion for voluntary dismissal with

1

prejudice. The parties agree that this case shall be dismissed with prejudice. Each party shall bear their own costs and fees. A proposed order is attached hereto.

Dated this 19th day of April, 2023.

| | |
|---|---|
| /s/ Sarah A. Kellogg | /s/ James C. Worthen |
| R. Daniel Fleck, #6-2668 | James C. Worthen |
| Sarah A. Kellogg, #7-5355 | HALL & EVANS, LLC |
| THE SPENCE LAW FIRM, LLC | 152 North Durbin Street, Suite 404 |
| 15 South Jackson Street | Casper, WY 82601 |
| P.O. Box 548 | 307-333-6672 |
| Jackson, Wyoming 83001 | worthenj@hallevans.com |
| 307-733-7290/ 307-733-5248 (Fax) | |
| fleck@spencelawyers.com | *Attorney for Defendants* |
| kellogg@spencelawyers.com | |

*Attorneys for the Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on this 19th day of April 2023, electronically served the foregoing to the following:

James C. Worthen
HALL & EVANS, LLC
152 North Durbin Street, Suite 404
Casper, WY 82601
worthenj@hallevans.com

*Attorney for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Sarah A. Kellogg