**FILED**



3:38 pm, 4/20/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of Rebecca Jean Nowlin, deceased; SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of E.C., deceased minor; E.N., by and through her guardian and next of friend, SHANEY MARIE GUTIERREZ; A.N., by and through his guardian and next of friend, DAMIAN NOWLIN, and SHANEY MARIE GUTIERREZ, as Wrongful Death Representative of Baby Nowlin.<br><br>*Plaintiffs,*<br><br>v.<br><br>MOLOMBO THILLOT, BLACKWELL CONSOLIDATION, LLC, and COMBINED TRANSPORT LOGISTICS GROUP, INC.<br><br>*Defendants.* | Civ. No. 20-CV-165-J |

### ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

This Court having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, and for good cause:

HEREBY grants the Motion and ORDERS:

All claims against Defendants are dismissed with prejudice, without any fees or costs to any party.

DATED this 20th day of April, 2023.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

1